224 So.2d 906

**Bryce U. GRAHAM**

v.

**STATE.**

8 Div. 369.

Supreme Court of Alabama.

July 10, 1969.

Certiorari to Court of Appeals.

Bryce U. Graham, pro se.

MacDonald Gallion, Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Bryce U. Graham for certiorari to the Court of Appeals to review and revise the judgment and decision in Graham v. State, 45 Ala.App. 79, 224 So.2d 905.

Writ denied.

SIMPSON, COLEMAN and BLOODWORTH, JJ., concur.

■

225 So.2d 790

**T. C. HALE**

v.

**STATE.**

8 Div. 363.

Supreme Court of Alabama.

Aug. 14, 1969.

Certiorari to Court of Appeals.

MacDonald Gallion, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for petitioner.

No attorney for respondent.

SIMPSON, Justice.

Petition of the State on the relation of its Attorney General for certiorari to the Court of Appeals to review and revise the judgment and decision in Hale v. State, 45 Ala.App. 97, 225 So.2d 787 (8 Div. 190).

Writ denied.

COLEMAN, HARWOOD and BLOODWORTH, JJ., concur.